**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JULIA RICHMOND,

                Plaintiff,

-against-                          22 **CIVIL** 10075 (VB)

**JUDGMENT**

ALAN J. SORENSEN,

                Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 7, 2025, Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      January 7, 2025

                                            **TAMMI M. HELLWIG**
                                                 **Clerk of Court**

                **BY:**      K. Mango

                                                  **Deputy Clerk**